UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | 8:23-cv-02177-DOC-DFM | Date | March 28, 2024 |
|---|---|---|---|
| Title | Xuefeng Chen v. George Mihalko et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

On February 22, 2024, the Court issued a MINUTE ORDER (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (Dkt. 6). Plaintiff has failed to comply with the Court's Order.

Therefore, the Court **ORDERS** that this action is DISMISSED without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

  _____  :  _____

Initials of Deputy Clerk   kdu